Myrtle Jewel, Appellee, v. Robert Mueller, Appellant.

Gen. No. 45,731.

Opinion by Justice Schwartz. **Not to be published in full.** Opinion filed October 17, 1952; rehearing denied October 31, 1952; released for publication November 18, 1952.